IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRI HIGH., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-2202 |
| | : | |
| EXETER TOWNSHIP SCHOOL DISTRICT | : : | |

**ORDER**

AND NOW, this 1st day of February, 2010, it hereby ORDERED the Exeter Township School District's Motion for Disposition on the Administrative Record (Document 12) is GRANTED. Plaintiffs' Motion for Summary Judgment (Document 14) is DENIED.

The Clerk is directed to mark the above-captioned case CLOSED for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.